IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| ROBERTS TRUCK CENTER OF NEW MEXICO, LLC, ROBERTS TRUCK CENTER OF TEXAS, LLC, ROBERTS TRUCK CENTER, LTD., AND ROBERTS TRUCK CENTER HOLDING COMPANY, LLC, | § § § § § § § § | No. CV-2010-00904 JCH-KBM |
| Defendants. | § | |

## ORDER REGARDING SETTLEMENT CONFERENCE

In an August 16, 2011 settlement conference, the parties reached a monetary settlement. The Chief U.S. Magistrate Karen B. Molzen recessed the conference, directing the parties to engage in further settlement discussions as to the terms of a Consent Decree. On September 20, 2011, Counsel appeared for a telephonic status conference before Chief Magistrate Karen B. Molzen,. Although the attorneys for the parties have engaged in discussions by telephone and have exchanged Consent Decree proposals, they have been unable to finalize the terms of the Consent Decree.

If Counsel have not reported to the Magistrate by 12:00 p.m. (MST) on September 28, 2011 that the Consent Decree is completed and ready for the District Court's approval, to facilitate the final resolution of this proceeding, the Magistrate will reconvene the settlement conference on **Thursday, September 29, 2011 at 9:30 a.m. (MST) at the United States Courthouse, 333 Lomas Blvd., Cimarron Courtroom, Albuquerque, New Mexico**,

In the event the settlement conference reconvenes, the Court **ORDERS**:

a. The parties shall submit to the Chief Magistrate their respective versions of the Consent Decree by 5:00 pm (MST) on September 28, 2011.

b. Defendants shall personally appear with Counsel and one or more of Defendants' owners with full authority to approve the terms of the Consent Decree.

c. Because the monetary terms of settlement have been reached, the representative of Defendants' insurance carrier and Claimants are excused from appearing.

d. Counsel for the parties should be prepared to explain to the Chief Magistrate the essential points of disagreement and to provide suggested options for resolving those disputed issues.

**IT IS SO ORDERED.**

_____
KAREN B. MOLZEN
CHIEF UNITED STATES MAGISTRATE JUDGE